### STEAVENS v. BASS.

An action upon an arbitration note for more than £20, is not appealable, if neither the original matters submitted or the award amounts to £20.

ACTION on a note for £20 on interest, dated 15th January A. D. 1788, given to oblige the defendant to abide an award. Writ is dated the 2d of April A. D. 1788, and demands £30 damages.

Plea in abatement of the appeal — That the original matters of controversy submitted, did not exceed £20: That the sum awarded is but £13 5s. 5d. Which facts were admitted; and said plea in abatement was judged sufficient.

The statute is — That in any action brought to be heard and tried by any County Court, wherein the value of the debt, damage, or matter in dispute, shall exceed the value of £20, an appeal shall be allowed to the next Superior Court. Here the award is the only matter in dispute, although the action is upon the note, according to the principles laid down in the last case; and the original matters submitted, and the sum awarded, do not amount to £20.